UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIM. NO. 3:00CR80 (JCH) |
| FREDERICK WALLEN | : AUGUST 9, 2005 |

### REQUEST FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

The defendant, Frederick Wallen, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
FREDERICK WALLEN

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: AUGUST 9, 2005

Thomas Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to Alina Reynolds, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 9th day of August, 2005.

Thomas Belsky