# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. FREDERICK WALLEN                FILED                Docket No. 3:00CR00080 (JCH)

### PETITION ON PROBATION AND SUPERVISED RELEASE

2006 MAR -9

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frederick Wallen who was sentenced to 80 months imprisonment for a violation of 18 U.S.C.§ 922(g)(1) and 924 (a)(2), Felon in Possession of a Firearm by the Honorable Janet C. Hall, United States District Judge sitting in the court at Bridgeport, Connecticut on November 28, 2000 who fixed the period of supervision at 5 years which commenced on November 14, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall serve the first 12 months of supervised release in an intensive, inpatient (residential) drug treatment program. At the end of the 12 month period, if more treatment is needed, the defendant shall continue to participate in substance abuse treatment whether in or out patient to include urinalysis to determine whether or not the defendant has reverted to drug use. The defendant shall pay all, or a portion of said substance abuse treatment subject to his ability to pay as determined by the probation officer. 2) The defendant shall participate in mental health treatment, whether in or out patient, as determined by the probation officer. The defendant shall pay all, or a portion of, said treatment subject to his ability to pay as determined by the probation officer.

Mr. Wallen's term of supervised release is scheduled to expire on November 14, 2010.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No.1:** Standard Condition: " You shall notify the probation office ten days prior to any change of residence or employment."
During a home visit on January 18, 2006, the probation officer was advised that Mr. Wallen no longer resided at his last known address. Mr. Wallen has not notified the Probation Office of an address change and his whereabouts are presently unknown. He is currently considered an absconder.

**Charge No. 2:** Special Condition: "The defendant shall participate in substance abuse treatment as directed by the probation office. If found appropriate by the probation officer, the defendant shall enter and complete an in patient drug rehabilitation program."
On January 11, 2006, Mr. Wallen was unsatisfactorily discharged from outpatient substance abuse treatment at the MAAS program after missing scheduled appointments on January 6, 2006, January 12, 2006 and January 30, 2006.

**Charge No. 3:** Standard Condition: " You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days or each month."
On January 11, 2006, Mr. Wallen was placed on a weekly reporting schedule. He failed to report for subsequent office visits on January 16, 2006, January 23, 2006 and the entire month of February, 2006.
(See page 2)

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled so that Mr. Wallen can be brought before the Court to show cause as to why his term of supervision should be revoked.

**ORDER OF COURT**                                            Sworn to By

Considered and ordered this _9th_ day of March, 2006
and ordered filed and made a part of the records in the
above case.                                                  Steven J. Lambert
                                                             Senior United States Probation Officer

The Honorable Janet C. Hall                                  Place _B'port, CT_
United States District Judge                                 Date _3/9/06_

Before me, the Honorable Janet C. Hall, United States District Judge, on this _9th_ day of March, 2006 at Bridgeport, Connecticut, Senior United States Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge

**Charge No. 4:** Standard Condition: "You shall refrain from any unlawful use of a controlled substance."

Mr. Wallen tested positive for cocaine and heroin use on December 19, 2005 and cocaine use on January 11, 2006.

*[signature]*
STEVEN J. LAMBERT, Sr. USPO

Before me at B'port, CT on 3/9/06 Sr. USPO Lambert appeared and under oath stated that the facts set forth above, as part of the Petition, are true to the best of his knowledge & belief

*[signature]*