PROB 19
(Rev. 1/82)

# United States District Court

for

### DISTRICT OF CONNECTICUT

U.S.A. vs Frederick Wallen                                Docket No. 3:00CR00080 (JCH)

TO:[1]   **any United States Marshal or any authorized officer**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Frederick Wallen || SEX<br>male | RACE<br>W/Hisp. | AGE<br>34 |
| ADDRESS (STREET, CITY, STATE)<br>unknown |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court, Bridgeport, Connecticut |||  DATE IMPOSED<br>11/28/00 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Janet C. Hall, United States District Judge, Bridgeport, Connecticut |||||
| CLERK<br>Kevin Rowe | (BY) DEPUTY CLERK<br>Angela Bue || DATE<br>3/14/06 ||

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed** | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) U.S. Marshals Service, New Haven, CT ||||
| NAME Vladimir Mihailoff | (BY) _signature_ || DATE 4/4/06 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

✱ Notified USPO Lambert of arrest 4/4/06