# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v                                             **APPEARANCE**

                                              CASE NO.: 3:99CR80(JCH)

FREDERICK WALLEN

*To the Clerk of this Court and all parties of record:*

   *Enter my Appearance as counsel in this case for:*

### FREDERICK WALLEN

Date:  September 21, 2006              _____/s/_____
                                       *Signature*

Bar No.:  ct01724                      *Paul F. Thomas*
                                       Print Name

                                       *OFFICE OF THE FEDERAL DEFENDER*
                                       Firm Name

                                       *2 WHITNEY AVENUE, SUITE 300*
                                       Address

                                       *NEW HAVEN      CT      06510*
                                       City           State   Zip Code

                                       *(203) 498-4200*
                                       Phone Number

*I hereby certify that copies have been mailed/hand-delivered to counsel of record as listed below, this date:  September 21, 2006*

*James I. Glasser, Asst. U.S. Attorney, United States Attorney's Office, P.O. Box 1824, New Haven, CT 06508.*


                                       _____/s/_____
                                       Paul F.  Thomas