UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                                          3:00cr80JCH

FREDERICK WALLEN

ORDER

As a condition of Supervised Release, the Court ORDERS that inpatient drug treatment begin today, December 20, 2006, and continue for twelve months, for the defendant, Frederick Wallen.

Public Defender, Paul Thomas, the defendant's counsel, will transport the defendant directly to Crossroads Treatment Facility in New Haven, Connecticut. The defendant will be held in the United States Marshal's office in Bridgeport, Connecticut until his attorney is available.

So Ordered.

Dated at Bridgeport, Connecticut, this 20th day of December, 2006.

      /s/Janet Hall
Janet C. Hall
United States District Judge