# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. FREDERICK WALLEN                                            Docket No. 3:00CR00080 (JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frederick Wallen who was sentenced to 80 months' imprisonment for a violation of 18 U.S.C. § 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm by the Honorable Janet C. Hall, United States District Judge sitting in the court at Bridgeport, Connecticut on November 28, 2000 who fixed the period of supervision at 5 years which commenced on November 14, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall serve the first 12 months of supervised release in an intensive, inpatient residential drug treatment program. At the end of the 12 month period, if more treatment is needed, the defendant shall continue to participate in substance abuse treatment whether or not the defendant has reverted to drug use. The defendant shall pay all, or a portion of said substance abuse treatment subject to his ability to pay as determined by the probation officer; and 2) The defendant shall participate in mental health treatment, whether inpatient or outpatient, as determined by the probation officer. The defendant shall pay all, or a portion of, said treatment subject to his ability to pay as determined by the probation officer. On December 20, 2006, the defendant appeared before the Court and his term of supervised release was revoked. The Court re-imposed a 5 year term of supervised release.

Mr. Wallen's term of supervised release is scheduled to expire on December 20, 2011.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1:** Special Condition: "You shall notify the probation office ten days prior to any change of residence or employment."
On May 15, 2007, Mr. Wallen reported that he resided at a sober house located at 71 Hurlburt Street, New Haven, Connecticut. On May 21, 2007, the probation officer was advised by staff at the sober house that Mr. Wallen had not resided at this residence since May 18, 2007. Mr. Wallen failed to notify the Probation Office of an address change.

**Charge No. 2:** Standard Condition: "The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days or each month."
On May 15, 2007, Mr. Wallen was instructed to contact USPO Lambert via telephone to schedule an office appointment. Mr. Wallen failed to contact USPO Lambert as directed.

**Charge No. 3:** Special Condition: "The defendant shall totally abstain from the use of drugs and alcohol."
On October 15, 2007, Mr. Wallen tested positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Mr. Wallen to appear before the Court at Bridgeport, Connecticut on 6/19/07 at 3:30pm. To show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 29th day of May, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet C. Hall
United States District Judge

Sworn to By

_____
Steven J. Lambert
Senior United States Probation Officer

Place  Bridgeport, CT

Date  May 29, 2007

Before me, the Honorable Janet C. Hall, United States District Judge, on this 29th day of May, 2007 at Bridgeport, Connecticut, Senior United States Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Janet C. Hall
United States District Judge