UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 3:00CR00080(JCH) |
| | : | |
| FREDERICK WALLEN | : | June 18, 2007 |

APPEARANCE

To the Clerk of the court and all parties of record, please enter my appearance as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


RICHARD J. SCHECHTER
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut   06604
(203) 696-3000
FEDERAL BAR NO. ct24238

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to Paul F. Thomas, Assistant Federal Public Defender, Federal Public Defender's Office, 265 Church Street, Suite 702, New Haven, Connecticut 06510-7005, this 18th day of June, 2007.

_____
RICHARD J. SCHECHTER
ASSISTANT UNITED STATES ATTORNEY