# UNITED STATES DISTRICT COURT

District of      CONNECTICUT

| UNITED STATES OF AMERICA | CORRECTED JUDGMENT IN A CRIMINAL |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

Fredrick Wallen

Case Number:     3:00CR0080 (JCH)

USM Number:     13847-014

Ronald Resetarits
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)   No.1, No.2, No.3   of the term of supervision.

☐ was found in violation of condition(s)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No.1 | Failure to notify the probation office of address | 1/16/06 |
| No.2 | Failure to participate in drug treatment | 1/11/06 |
| No.3 | Failure to report to probation office as directed | 1/11/06 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)      and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:     

Defendant's Date of Birth:   2/15/72

6/22/07
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:

95 Foxon Blvd

East Haven, CT 06512

Janet C. Hall U.S. District Judge
Name and Title of Judge

Aug. 29. 2007
Date

Defendant's Mailing Address:

95 Foxon Blouvard

East Haven, CT 06512

LO FORM 245D

| | Judgment — Page 2 of 2 |
|---|---|
| DEFENDANT: Fredrick Wallen | |
| CASE NUMBER: 3:00CR0080 (JCH) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    12 months and 1day with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL